## 68808. WELCH v. THE STATE.
### (324 SE2d 488)

BENHAM, Judge.

Appellant was sentenced to death and, while his motion for new trial was pending in the trial court, filed a motion under OCGA § 42-5-50 (c) to remain in the county jail to aid his attorney in the preparation of his appeal. The trial court denied the motion, and appellant was transferred to the Diagnostic & Classification Center in Jackson. His attorney obtained a certificate of immediate review of the decision denying the request to stay in the local jail, but failed to apply to this court for interlocutory review as required by OCGA § 5-6-34 (b). Because of the failure to adhere to interlocutory procedure, we must dismiss this appeal as premature. *Graves v. Dean*, 166 Ga. App. 186 (303 SE2d 751) (1983).

*Appeal dismissed. Banke, P. J., and Pope, J., concur.*

Decided November 5, 1984 —
Rehearing denied November 20, 1984.

Robert F. Oliver, William R. Oliver, for appellant.
V. D. Stockton, District Attorney, Michael H. Crawford, Assistant District Attorney, for appellee.